**C. W. RAY v. COMMISSIONERS OF INTERNAL REVENUE.**

No. 4483.

Circuit Court of Appeals, Seventh Circuit.
April 21, 1931.

Albert E. James, of Washington, D. C., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., and Dwight

1084

Green, of Chicago, Ill., and A. G. Divet, of Washington, D. C., for respondent.

PER CURIAM.

Order of the Board of Tax Appeals affirmed.